### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | **8:11CR01 - LSC - TDT** |
| vs. | ) ) | **ORDER** |
| **ANGELA HERNANDEZ-MARTINEZ,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the court on the government's motion to continue trial [21]. The government informs the court that she will be out of the country from April 21, 2011 through May 3, 2011. The defendant has no objection to the continuance.

**IT IS ORDERED** that the motion to continue trial [21] is granted, as follows:

1. The jury trial now set for April 26, 2011 is continued to **May 10, 2011.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **April 26, 2011 and May 10, 2011**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 29, 2011.**

                                                **BY THE COURT:**

                                                **s/ F.A. Gossett, III**
                                                **United States Magistrate Judge**